**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 561 MAL 2022

           Respondent                :

                                            :   Petition for Allowance of Appeal

                                            :   from the Order of the Superior Court

            v.                          :

                                            :

JOSHUA ANDREW SIMMERS,         :

                                            :

           Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.